UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER NICHOLSON,

    Plaintiff,

v.

    Case No. 1:24-cv-960

    Hon. Hala Y. Jarbou

CHRISTOPHER DANKERT, et al.,

    Defendants.
_____/

# ORDER

On January 6, 2026, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 43) that the Court grant Defendant Merz's motion for summary judgment, dismiss the claims against Defendant Merz, and dismiss the remaining defendant, who has not been served. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Merz's motion for summary judgment (ECF No. 36) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Merz are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the unserved defendant, Defendant Dankert, are **DISMISSED**.

2

      A judgment will enter in accordance with this Order.

Dated: February 10, 2026                /s/ Hala Y. Jarbou  
                                                HALA Y. JARBOU  
                                                CHIEF UNITED STATES DISTRICT JUDGE